## COURT OF APPEALS, NOVEMBER TERM, 1848.

HAZLETON and Wife vs. WAKEMAN et al.

An appeal will not lie to this court, from an order of the Chancellor, deciding a motion to open the biddings at the master's sale on the foreclosure of a mortgage.

On the 1st of May last the Chancellor made an order opening the biddings at a master's sale, on the foreclosure of a mortgage ; from that order the purchaser appealed to this court.

A. GIBBS, *for the Respondents*, moved to dismiss the appeal.

B. D. NOXON, *for the Appellant*.

The Court was of opinion that this was a matter resting in the discretion of the Chancellor, and that an appeal would not lie.

Motion granted.